UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FAITH PESCATORE,**

    **Plaintiff,**

v.

    Case No. 2:24-cv-3967
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Chelsey M. Vascura

**SARAH HOLTSINGER,** *et al.***,**

    **Defendants.**

## ORDER

Plaintiff Faith Pescatore filed this action in this Court on September 23, 2024. (Compl., ECF No. 1.) Plaintiff relies on diversity jurisdiction pursuant to 28 U.S.C. § 1332 to establish federal jurisdiction. (*Id.* at PageID 2, ¶ 1.) Plaintiff alleges that she resides in Georgia. (*Id.* ¶ 5.) However, Plaintiff also lists Georgia addresses for Defendants Sarah Holtsinger, Christopher Holtsinger, and Brian Holtsinger. (*Id.* at PageID 1.) On the civil cover sheet, Plaintiff identified her county of residence as Gwinnett County and Sarah Holtsinger's as Cobb County. (Cover Sheet, ECF No. 1-2, PageID 27.) These counties match the Georgia addresses in the caption of the Complaint. Further, Plaintiff alleges no facts in her Complaint establishing these individuals' domiciles are not in Georgia. (Compl., ECF No. 1)

Federal courts must ensure they have subject-matter jurisdiction and may raise the issue *sua sponte*. *See Arbaugh v. Y&H Corp.*, 546 U.S. 500, 506 (2006). A plaintiff seeking to establish diversity jurisdiction must show "complete diversity between all plaintiffs and all defendants." *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 82 (2005); *Hertz Corp. v. Friend*, 559 U.S. 77, 96 (2010).

1

As Plaintiff has failed to allege complete diversity between herself and all defendants, this Court lacks subject-matter jurisdiction over her claims.  Accordingly, her complaint is **DISMISSED WITHOUT PREJUDICE**.

This case is closed.

**IT IS SO ORDERED.**

**10/1/2024**                                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                                          **EDMUND A. SARGUS, JR.**
                                                                  **UNITED STATES DISTRICT JUDGE**